*George W. Offutt* for respondents.

No. 903. ERIE RAILROAD Co. *v.* IRONS. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clement K. Corbin* for petitioner. *Messrs. Thomas G. Haight* and *Charles Hershenstein* for respondent.

No. 908. STANDARD OIL Co. (N. J.) *v.* GLENDOLA STEAMSHIP CORP.; and

No. 909. GLENDOLA STEAMSHIP CORP. *v.* STANDARD OIL Co. (N. J.). May 25, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William H. McGrann* for Standard Oil Co. *Messrs. Horace M. Gray* and *Sanford H. E. Freund* for Glendola Steamship Corp.

No. 927. COMMERCIAL STEVEDORING COMPANY, INC., *v.* DOWDELL, ADMINISTRATRIX. May 25, 1931. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, denied. *Mr. Clarence E. Mellen* for petitioner. *Mr. Sol Gelb* for respondent.

No. 928. HAYNES, ADMINISTRATOR, *v.* UNION CARBIDE & CARBON CORP. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Conrad Wolf* and *Earl B. Barnes* for petitioner. *Messrs. Henry H. Hornbrook, George A. Cooke,* and *Paul Y. Davis* for respondent.